## NOBLE *v.* WARDEN OF MARYLAND HOUSE OF CORRECTION

[P. C. No. 76, September Term, 1959.]

*Decided November 20, 1959.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRESCOTT and HORNEY, JJ.

PER CURIAM.

This case is now moot because the applicant has been released from custody.

*Application dismissed.*